# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America

v.

JOSHUA MILLER

Date of Original Judgment: _____10/20/2014_____
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)

Case No: 1:12CR00133-029

USM No: 10900-028

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☑ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____10/27/2014_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____5/31/2019_____

Effective Date: _____
*(if different from order date)*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana